# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA AMBROSE | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| GABAY ENT & ASSOCIATES, P.C.; GABAY SCHWARTZ ENT & ASSOCIATES, P.C.; & GABAY, RAPHAEL, D.O., P.C. | : | NO. 12-5453 |
| Defendants. | : | |

## ORDER RE: DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

And NOW, this 15th day of August, 2013, for the reasons discussed in the accompanying memorandum, it is ORDERED that Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 20) is DENIED.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-5453 ambrose v. gabay ent\order_2d_am_compl.