IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA AMBROSE<br>Plaintiff, | Case No. 12-cv-5453 |
| v, | |
| GABAY ENT & ASSOCIATES, P.C.<br>GABAY SCHWARTZ ENT &<br>ASSOCIATES, P.C. and<br>GABAY, RAPHAEL, D.O., P.C.<br>Defendants. | CIVIL COMPLAINT<br><br>JURY TRIAL DEMANDED |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Cynthia Ambrose, and Defendants, Gabay ENT & Associates, P.C., Gabay Schwartz ENT & Associates, P.C., and Gabay, Raphael, D.O., P.C. (more properly pleaded solely as Gabay ENT & Associates, Inc. and hereinafter referred to collectively as "Defendants"), by and through their undersigned counsel, hereby STIPULATE and AGREE that Plaintiff's Second Amended Complaint and any and all claims asserted by Plaintiff against Defendants in the above-captioned action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

| KARPF & KARPF & CERUTTI, P.C. | McDONNELL & ASSOCIATES, P.C. |
|---|---|
| By: *(signature)*<br>Ari Karpf, Esquire<br>Christine E. Burke, Esquire<br>3331 Street Road, Suite 128<br>Two Greenwood Square<br>Bensalem, PA 19020<br><br>*Attorneys for Plaintiff* | By: *(signature)*<br>Patrick J. McDonnell, Esquire<br>Karen L. Green, Esquire<br>Jackie M. Lowthert, Esquire<br>Metropolitan Business Center<br>860 First Ave., Suite 5B<br>King of Prussia, PA 19403<br>*Attorneys for Defendants* |

12/16/13